JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KANTEE WREH JACOBS,   ) NO. CV 21-5673 PSG (KS)
    Petitioner, )
        ) JUDGMENT
  v.      )
        )
CDCR, et al.,     )
        )
    Respondents. )
_____ )

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 10/29/21

PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE